# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Legacy Drilling, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Henry Hill Oil Services LLC, d/b/a Henry Hill Oilfield Services, LLC, | ) ) | |
| | ) | Case No.: 1:19-cv-256 |
| Defendant. | ) | |

The Rule 16(b) initial pretrial scheduling/discovery conference set for January 27, 2020, shall be rescheduled for February 5, 2020, at 9:00 a.m. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 6th day of January, 2020.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court