## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Legacy Drilling, LLC, | ) |
|       Plaintiff, | ) **ORDER FOR STATUS** |
| | ) **CONFERENCE** |
| vs. | ) |
| | ) |
| Henry Hill Oil Services LLC d/b/a Henry Hill Oilfield Services LLC, | ) |
| | ) Case No. 1:19-cv-256 |
|       Defendants. | ) |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on September 1, 2020, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 5th day of February, 2020.

                                                       */s/ Clare R. Hochhalter*
                                                     Clare R. Hochhalter, Magistrate Judge
                                                     United States District Court